## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| RAILROAD RECOVERY INC., A PENNSYLVANIA CORPORATION, | : | No. 413 EAL 2017 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| BRIAN MAST, AND SIXTH STREET MANAGEMENT CORP., A PENNSYLVANIA CORPORATION, AND JOHN GIUNUP, AND MICHAEL PETTACIO, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 14th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.